SIMON GREENBERG, Appellant, v. BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.— The act of the County Court in withdrawing a juror cannot be changed or remedied, although what was said in the opening was a part of the history of the event, and, perchance, an inducement to the controversy. When a court is impotent to remedy, its decision is objectless. This appeal is not such as section 1342 of the Code of Civil Procedure gives us jurisdiction of. It remains, then, only to dismiss the appeal. Appeal dismissed, without costs. Jenks, P. J., Thomas, Carr, Mills and Putnam, JJ., concurred.

LAWRENCE HURLBURT, Appellant, v. HENRY W. GILLETT, Respondent.— Order affirmed, with ten dollars costs and disbursements, upon the opinion of Mr. Justice Kapper at Special Term. (Reported in 96 Misc. Rep. 585.) Thomas, Stapleton, Mills and Putnam, JJ., concurred; Carr, J., not voting.

In the Matter of the Supplementary Proceedings of NATHAN ABRAHAMS, Respondent, v. SAMUEL L. CHINMAN, Appellant, and Another, Defendant.— Orders of the County Court of Queens county reversed, with ten dollars costs and disbursements, and motion to punish denied, with ten dollars costs, to be credited upon plaintiff's judgment. The County Court did not find the judgment debtor to have been in default, which was the ground of the moving affidavit. Neither were the charges of concealing assets, or suppressing evidence, pointed out in the moving affidavit or the order to show cause, so as to notify the debtor of the offense charged. Nor were they established by the record of the debtor's two examinations in supplementary proceedings. Jenks, P. J., Thomas, Carr, Mills and Putnam, JJ., concurred.

In the Matter of the Judicial Settlement of the Accounts of the FARMERS' LOAN AND TRUST COMPANY, as Executor, etc., of ANDREW J. SMITH, Deceased, Respondent. THE ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Appellant.— Order denying motion for a new trial on the ground of newly-discovered evidence reversed, with costs, and motion granted. Decree and order of the Surrogate's Court of Rockland county reversed. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

In the Matter of the Application of ROBERT L. HINES, as Administrator, etc., of MABEL JACKSON, Deceased, Respondent, for an Order Compelling SAMUEL F. EDMEAD, an Attorney, etc., Appellant, to Turn over and Pay Certain Moneys, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Rich and Putnam, JJ., concurred.

GUSTAF MAGNUSSON, Respondent, v. LONG ISLAND LADDER AND SCAFFOLD COMPANY, INC., Appellant, and JOSEPH RYAN, Defendant.— Judgment and order unanimously affirmed, with costs, on authority of *Devlin* v. *Smith* (89 N. Y. 470) and *MacPherson* v. *Buick Motor Co.* (217 id. 382). Present — Jenks, P. J., Thomas, Carr, Mills and Putnam, JJ.